UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
MAR 1 2 2019

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-30047 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE and MAINTAINING A DRUG INVOVLED PREMISES |
| ANDREA CIRCLE BEAR, a/k/a Andrea High Bear, | |
| Defendant. | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 856(a)(1), and 856(b) |

The Grand Jury charges:

COUNT I

On or about the 24th day of April, 2018, in the District of South Dakota, Andrea Circle Bear, a/k/a Andrea High Bear, knowingly and intentionally, possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

COUNT II

On or about the 30th day of April, 2018, in the District of South Dakota, Andrea Circle Bear, a/k/a Andrea High Bear, knowingly and intentionally, possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

COUNT III

On or about between the 24th day of April, 2018, and the 30th day of April, 2018, in the District of South Dakota, Andrea Circle Bear, a/k/a Andrea High Bear, unlawfully and knowingly used and maintained a place located at [Address Redacted], Eagle Butte, South Dakota, for the purposes of distributing and using methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 856(a)(1) and 856(b).

A TRUE BILL:

**NAME REDACTED**

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____