## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## CENTRAL DIVISION

Mark A. Moreno, United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - CJH | Recorded by – FTR |
| Courtroom - PR BC | Date – March 21, 2019 |
| U.S. Probation Officer – Stephanie Roberts | |

3:19-CR-30047-RAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | Michael J. Elmore |
| Plaintiff, | (for Cameron J. Cook) |
| vs. | |
| ANDREA CIRCLE BEAR, a/k/a Andrea High Bear, | |
| Defendant. | Margo D. Northrup |

Time Hearing Set to Begin: 2:45 p.m.
Time Hearing Began: 3:01 p.m.

**INITIAL APPEARANCE**  (5 mins)
Defendant's Age:  29  Level of Education:  GED + Some College
Defendant received a copy of the Indictment with a penalty page and understands the allegations and maximum possible penalties

Defendant advised of right to remain silent and to counsel

Court will conditionally appoint Margo D. Northrup effective March 20, 2019.  The Court will make the appointment final upon completion of a Financial Affidavit

**DETENTION HEARING** (6 mins.)
Mr. Elmore presents remarks and proffers in opposition to Defendant's release.

Ms. Northrup presents release plan and proffers and remarks in support thereof

The Court rules, based on the findings made on the record, that Defendant's request for release is granted. Defendant may be released on a third party custodial basis to her grandmother, Clara LeBeau, with conditions.

**ARRAIGNMENT** (5 mins.)
Defendant advised of and/or understands the charges and maximum possible penalties
Defendant advised of constitutional and statutory rights
Defendant waives reading of Indictment
Defendant enters plea of not guilty to the charge contained in the Indictment and requests a jury trial

Court in Recess at 3:17 p.m.
Time in Court:  16 mins.