UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREA CIRCLE BEAR,<br>a/k/a Andrea High Bear,<br><br>Defendant. | 3:19-CR-30047-RAL<br><br><br>SCHEDULING AND<br>CASE MANAGEMENT ORDER |

In order to comply with the Speedy Trial Act, 18 U.S.C. § 3161 et seq., and to set forth orderly progression dates, it is hereby

ORDERED that the following deadlines shall apply in this case:

| | |
|---|---|
| Discovery motions | April 2, 2019 |
| Suppression/voluntariness motions | April 16, 2019 |
| Responses to suppression/voluntariness motions due | Within seven calendar days after motion is filed |
| Subpoenas for suppression hearing | April 16, 2019 |
| Suppression/voluntariness hearing before Magistrate Judge Mark Moreno | If necessary, to be held prior to April 30, 2019 |
| Applications for Writ of Habeas Corpus Ad Testificandum | May 7, 2019 |
| Other non-limine motions | May 14, 2019 |

1

| Responses to other non-limine motions due | Within seven calendar days after motion is filed |
|---|---|
| Subpoenas for trial | May 14, 2019 |
| Plea agreement or petition to plead and statement of factual basis | May 14, 2019 |
| Notify court of status of case | May 14, 2019 |
| Motions in limine | May 20, 2019 |
| Proposed jury instructions due | May 20, 2019 |
| Pretrial conference | Tuesday, May 28, 2019, at 10 a.m. |
| Jury trial | Tuesday, May 28, 2019, at 1 p.m. |

1. Proposed jury instructions, with citations to authority, shall be filed. Submit only substantive instructions pertaining to the law of the case; do not submit standard or boilerplate instructions.

2. The Court expects that all motions raising a substantive legal issue shall be accompanied by a reasoned memorandum setting forth the precise issues, the relevant law, and facts applicable to the law. The filing of "boilerplate" motions or memoranda will not satisfy this requirement. Responses to motions shall set forth specific points of law, together with supporting authorities relied upon.

3. Counsel for the parties shall confer, prior to the filing of motions, to attempt to reach agreement upon all pretrial motions, including motions for discovery and disclosure. The Government provides a stipulation form to implement the Court's standing discovery order.

4. Upon request of the Defendant, the Government shall forthwith comply with Rule 16(a)(1)(A)-(E).

2

5.    If the Defendant requests disclosure under Rule 16(a), such Defendant shall, upon request of the Government, forthwith comply with Rule 16(b).

6.    The Government shall timely furnish all materials required by <u>Brady v. Maryland</u>, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed . 2d 215 (1963) and <u>Giglio v. United States</u>, 405 U.S. 150, 92 S. Ct. 763, 31 L. Ed. 2d 104 (1972).

7.    Any written statements of the Government's witnesses discoverable under the Jencks Act, 18 U.S.C. § 3500, shall be furnished to the Defendant unless the Government demands strict compliance with the Jencks Act.

8.    It will be the responsibility of defense counsel to ensure Defendant's prompt attendance at hearings and trial and to notify defense witnesses not to report if the case **does not** go to trial.

9.    Upon a showing of good cause, the Court may permit exceptions to the rules set forth in this order.

10.   If Defense counsel or Government counsel feel that an interpreter is needed in this case, counsel shall promptly file a motion with the Court requesting an interpreter.


DATED this 26th day of March, 2019.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE