UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-30047 |
| Plaintiff, | |
| vs. | STIPULATION |
| ANDREA CIRCLE BEAR, a/k/a Andrea High Bear, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named Defendant and counsel for the United States of America that the Court may enter the standard Order concerning the handling and disposition of discovery materials turned over to the defense.

RONALD A. PARSONS, JR.
United States Attorney

3/25/2019
Date

Cameron J. Cook
Assistant United States Attorney

April, 1, 19
Date

Margo Northup
Attorney for the Defendant