UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANDREA CIRCLE BEAR, a/k/a
Andrea High Bear,

        Defendant.

CR 19-30047

FACTUAL BASIS STATEMENT

---

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

On or about between April 24, 2018, and April 30, 2018, in the District of South Dakota, the Defendant unlawfully and knowingly used and maintained a place located at Habitat Housing Number 19, Eagle Butte, South Dakota, for the purposes of distributing and using methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 856(a)(1) and 856(b).

On April 24, 2018, a confidential informant performed a controlled buy of approximately 2 grams of methamphetamine from the Defendant for $400 in United States currency.   The purchase occurred at Habitat Housing Number 19, Eagle Butte, South Dakota.   The Defendant did not live at Habitat Housing Number 19, but she used and maintained the residence to distribute

1

methamphetamine.   She packaged and distributed the methamphetamine to the confidential informant.   The Defendant possessed approximately 8 grams total of methamphetamine at that time and place.

On April 30, 2018, a confidential informant performed a controlled buy of approximately 3.5 grams of methamphetamine from the Defendant for $450 in United States currency.   This purchase was arranged by the Defendant to be at Habitat Housing Number 19, Eagle Butte, South Dakota, but the location was changed to a nearby parking lot.   The Defendant personally distributed the methamphetamine to the confidential informant.

Methamphetamine is a Schedule II controlled substance.

RONALD A. PARSONS, JR.
United States Attorney

7. 11. 2019
Date

Cameron J. Cook
Assistant United States Attorney
P.O. Box 7240
Pierre, SD    57501
Telephone:  (605)224-5402
Facsimile:  (605)224-8305
E-Mail: Cameron.Cook@usdoj.gov

2

_8-22-19_
Date

_Andrea Circle Bear_
Andrea Circle Bear, a/k/a Andrea High
Bear
Defendant

_8-22-19_
Date

_Margo D Northrup_
Margo Northrup
Attorney for Defendant