UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>ANDREA CIRCLE BEAR, a/k/a,<br>Andrea High Bear,<br><br>        Defendant. | 3:19-CR-30047-RAL<br><br>MOTION TO WITHDRAW<br>MOTION FOR FURLOUGH TO ATTEND<br>INPATIENT TREATMENT |

COMES NOW the Defendant, Andrea Circle Bear, by and through her attorney, A. Jason Rumpca of Riter Rogers, LLP, and respectfully moves this Court for its Order permitting counsel to withdraw the Motion for Furlough to Attend Inpatient Treatment (Docket 41). In support of said motion, Defense Counsel submits the following:

1. Defense Counsel has received and reviewed a report regarding alleged conduct of Defendant upon her return from recent furlough.

2. Defense Counsel believes it is no longer in Defendant's best interests to be released on furlough to attend inpatient treatment in Sheridan, Wyoming.

WHEREFORE, counsel requests that the Court permit the withdrawal of the Motion for Furlough to Attend Inpatient Treatment.

Respectfully submitted this 21st day of November, 2019.

        RITER ROGERS, LLP

        By: */s/ A. Jason Rumpca*
            A. Jason Rumpca
            Attorney for Defendant
            319 S. Coteau St. – P.O. Box 280
            Pierre, South Dakota 57501
            Phone: 605-224-5825
            Fax: 605-224-7102
            j.rumpca@riterlaw.com

## CERTIFICATE OF SERVICE

I, A. Jason Rumpca, certify that a true and correct copy of Motion to Withdraw Motion for Furlough to Attend Inpatient Treatment was served electronically upon the following:

Cameron Cook
U.S. Attorney's Office
225 South Pierre Street, Suite 337
Pierre, SD 57501
cameron.cook@usdoj.gov

Dated this 21st day of November, 2019.

RITER ROGERS, LLP

By: */s/ A. Jason Rumpca*
     A. Jason Rumpca
     Attorney for Defendant