# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

Roberto A. Lange United States Chief Judge Presiding

| | |
|---|---|
| Courtroom Deputy - DLC | Court Reporter – Connie Heckenlaible |
| Courtroom - PR #1 | Date – January 14, 2020 |
| U.S. Probation Officer – Jenna Nielsen | |

3:19-cr-30047

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ANDREA CIRCLE BEAR<br>A/K/A ANDREA HIGH BEAR<br><br>Defendant. | Cameron J. Cook<br><br><br><br><br>A. Jason Rumpca |

TIME HEARING SCHEDULED TO BEGIN: 1:00 p.m.

TIME:
2:31 p.m.      Enter CONTESTED Sentencing Hearing

　　　　　　　Defendant now sentenced to 26 months imprisonment; 3 years supervised release; $100.00 special assessment

3:24 p.m.      Court adjourned